**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DEVYN ELIJAH SPRINGER,

*Plaintiff,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

No. 8:25-cv-947-MSS-TGW

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Devyn Elijah Springer hereby files this notice voluntarily dismissing this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's electronic devices were returned on April 17, 2025, and Defendant has confirmed through the attached sworn declaration that "CBP did not copy, reproduce or retain any data" from the devices. *See* Exhibit A, Declaration of Supervisory CBP Officer Trevor Pacheco. Accordingly, all of the relief sought in Plaintiff's motion and initial filing in this case, ECF No. 1, has been granted, and there is no further need for court intervention in this matter.

Dated: May 5, 2025

Respectfully submitted,

*/s/ Matthew Farmer*
Matthew Farmer
Farmer & Fitzgerald, P.A.

800 W. De Leon St.
Tampa, FL 33606
(813) 928-1131
Mattfarmer1@aol.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, I filed a copy of the foregoing document along with any attachments using the court's CM/ECF system, which will cause notice to be served electronically to all parties.

*s/ Matt Farmer*
Matt Farmer

*Counsel for Plaintiff*